10/31/2007 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| MAUDE TAYLOR, | ) CASE NO.: 1:06CV02866 |
| Plaintiff, | ) JUDGE OLIVER |
| v. | ) |
| WILLOW PARK CONVALESCENT HOME, INC., et al. | ) |
| Defendants. | ) **JOINT STIPULATION OF DISMISSAL** |

The Defendants, The United States of America, Willow Park Convalescent Home, Inc., and Willow Park Skilled Nursing & Rehabilitation Center and the Plaintiff, Maude Taylor, individually and as the executrix of the estate of Jerome Taylor, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above-titled action, with prejudice, each party to bear its own costs. The parties further stipulate and agree that, if necessary, this Court retains jurisdiction over the enforcement of the settlement agreement. Additionally, the parties stipulate and agree that this Court retains jurisdiction to vacate the settlement agreement should the settlement not be approved by the United States Attorney, Northern District of Ohio, the appropriate Probate Court, or if any other conditions or contingencies of the settlement are not met.

                                                Respectfully submitted,

                                                GREGORY A. WHITE
                                                United States Attorney

| | |
|---|---|
| s/ Jonathan D. Mester (per email approval of October 9, 2007.) <br> Jonathan D. Mester <br> Nurenberg, Plevin, Heller & McCarthy <br> First Floor <br> 1370 Ontario Street <br> Cleveland, OH 44113 <br> 216-621-2300 phone <br> 216-771-2242 fax <br> Email: docket@nphm.com <br><br> Attorney for Plaintiff Maude Taylor, individually and as the executrix of the estate of Jerome Taylor | By:    s/ Betty J. Konen <br> Betty J. Konen (#0041540) <br> Assistant U.S. Attorney <br> 400 United States Courthouse <br> 801 West Superior Avenue <br> Cleveland, Ohio 44113-1852 <br> (216) 622-3926 phone <br> (216) 522-4982 fax <br> E-Mail: Betty.Konen@usdoj.gov <br><br> Attorney for Defendant United States <br><br>    s/ Jeffrey W. Van Wagner (per email approval of October 4, 2007) <br> Jeffrey W. Van Wagner <br> Ulmer & Berne - Cleveland <br> 1100 Skylight Office Tower <br> 1660 West Second Street <br> Cleveland, OH 44113 <br> 216-583-7016 phone <br> 216-583-7010 fax <br> Email: jvanwagner@ulmer.com <br><br> Attorney for Defendants Willow Park Convalescent Home, Inc. and Willow Park Skilled Nursing & Rehabilitation Center |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2007, the foregoing *Joint Stipulation of Dismissal* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Betty J. Konen
Assistant U.S. Attorney
